1  RENE L. VALLADARES
   Federal Public Defender
2  State Bar No. 11479
   MONIQUE KIRTLEY
3  Assistant Federal Public Defender
   411 E. Bonneville Ave., Suite 250
4  Las Vegas, Nevada 89101
   Tel: (702) 388-6577
5  Fax: (702) 388-6261

6  Attorney for:
   BRYAN JAMES GALLAGHER
7
                    UNITED STATES DISTRICT COURT
8
                         DISTRICT OF NEVADA
9
                               * * *
10

11  UNITED STATES OF AMERICA,            Case No.: 2:15-CR-00028-JAD-PAL

12            Plaintiff,                 **STIPULATION TO MODIFY A
                                         CONDITION OF PRETRIAL RELEASE**
13     vs.

14  BRYAN JAMES GALLAGHER

15            Defendant.

16
        IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United
17
   States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United
18
   States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant
19
   Federal Public Defender, counsel for Bryan James Gallagher, to modify the condition of supervised
20
   release.
21
        This Stipulation is entered into for the following reasons:
22
        1.    Defendant Gallagher was placed on Pretrial Supervision on March 2, 2015.
23
        2.    The parties respectfully request that this Court remove the condition of pretrial release
24
   which requires that Defendant Gallagher submit to Home Detention.
25
        3.    The Pretrial Service Officer does not oppose the removal of the Home Detention
26
   requirement.
27

28
                                       1

DATED: May 22, 2015

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| By: /s/ Monique Kirtley<br>MONIQUE KIRTLEY,<br>Assistant Federal Public Defender<br>Counsel for Bryan James Gallagher | By: /s/ Phillip N. Smith, Jr.<br>PHILLIP N. SMITH, JR.,<br>Assistant United States Attorney |

IT IS SO ORDERED.

DATED this 26th day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

2