RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, Nevada 89101
Tel: (702) 388-6577
Fax: (702) 388-6261

Attorney for:
BRYAN JAMES GALLAGHER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>BRYAN JAMES GALLAGHER,<br><br>             Defendant. | Case No.: 2:15-CR-00028-JAD-PAL<br><br>**STIPULATION TO MODIFY A CONDITION OF PRETRIAL RELEASE** |

  IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Bryan James Gallagher, to modify the condition of supervised release.

  This Stipulation is entered into for the following reasons:

  1. Defendant Gallagher was placed on Pretrial Supervision on March 2, 2015.

  2. The parties respectfully request that this Court remove the condition requiring the defendant to submit to Location Monitoring (paragraph 50).

  3. The Pretrial Service Officer does not oppose the removal of the Location Monitoring Condition.

DATED: June 8, 2015

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| By: /s/ Monique Kirtley<br>　MONIQUE KIRTLEY,<br>　Assistant Federal Public Defender<br>　Counsel for Bryan James Gallagher | By: /s/ Phillip N. Smith, Jr.<br>　PHILLIP N. SMITH, JR.,<br>　Assistant United States Attorney |

IT IS SO ORDERED.

DATED this 15th day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE