RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for BRYAN JAMES GALLAGHER

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>BRYAN JAMES GALLAGHER.<br><br>            Defendant. | Case No. 2:15-cr-028-JAD-PAL<br><br>**STIPULATION TO MODIFY A CONDITION OF PRETRIAL RELEASE** |

    IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Bryan James Gallagher, to modify the condition of pre-trial release.

    This Stipulation is entered into for the following reasons:

    1.    Defendant Gallagher was placed on Pretrial Supervision on March 2, 2015. One of the conditions of his pretrial release was that Mr. Gallagher's travel was restricted to Clark County, Nevada

    2.    The parties respectfully request that this Court amend Mr. Gallagher's travel restriction to allow him to travel within the continental United States. Mr. Gallagher's father will

be undergoing back surgery at the end of this week and Mr. Gallagher's help is needed to help care for his father. Additionally, Mr. Gallagher's family lives outside of the State of Nevada and with the holiday season approaching, Mr. Gallagher and his family would like be able to celebrate the pending holidays together.

      3.    Mr. Gallagher has been in full compliance with his other terms of supervision

      4.    The Pretrial Service Officer does not oppose the modification of Mr. Gallagher's travel restrictions to allow him to travel within the continental United States.

      5.    The United States Attorney does not oppose modifying Mr. Gallagher's travel restrictions to allow him to travel within the continental United States.

DATED this 29th of October, 2015

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| /s/ Monique Kirtley<br>By_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | /s/ Phillip N. Smith, Jr.<br>By_____<br>PHILLIP N. SMITH, JR.<br>Assistant United States Attorney |

IT IS SO ORDERED.

DATED this 25th day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE