RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for BRYAN JAMES GALLAGHER

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-028-JAD-PAL |
| Plaintiff, | **UNOPPOSED MOTION TO MODIFY A CONDITION OF PRETRIAL RELEASE** |
| v. | |
| BRYAN JAMES GALLAGHER. | |
| Defendant. | |

Defendant, BRYAN GALLAGHER, by and through his attorney of record, Monique Kirtley, Assistant Federal Public Defender, hereby files this Unopposed Motion to Modify a Condition of Pretrial Release to allow for travel outside of the United States.

1.  On May 10, 2016, Mr. Gallagher filed a motion to modify his pretrial release condition which prohibited his travel outside of the United States. Specifically, Mr. Gallagher requested permission to travel to Puerto-Peñasco, Mexico from June 30, 2016 to July 05, 2016, to attend his best friend's wedding. CR # 43.

2.  On May 16, 2016, Mr. Gallagher provided the government with his travel itinerary.

3.  Upon receipt of Mr. Gallagher's travel itinerary, the government does not oppose Mr. Gallagher's request to modify his travel conditions to allow him to travel to Puerto-Peñasco, Mexico on the dates as listed above.

4.  Based upon the government's non-opposition to Gallagher's Motion to Modify his

1  Pretrial Release Condition (CR # 43), the parties respectfully request that this Court amend Mr.
2  Gallagher's travel restriction to allow him to travel to Puerto-Peñasco, Mexico on the dates listed
3  above.

5  DATED this 16th day of May, 2016.

RENE L. VALLADARES
Federal Public Defender

By:  */s/ Monique Kirtley*
MONIQUE KIRTLEY
Assistant Federal Public Defender
Attorney for Bryan James Gallagher

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  5-16-2016

2

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on May 16, 2016, he served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO MODIFY A CONDITION OF PRETRIAL RELEASE** by electronic service (ECF) to the person named below:

DANIEL G. BOGDEN
United States Attorney
PHILLIP N. SMITH JR.
Assistant United States Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

*/s/ Christopher Vergari*
Employee of the Federal Public Defender