RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Bryan James Gallagher

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>BRYAN JAMES GALLAGHER,<br><br>              Defendant. | Case No. 15-cr-028-JAD-PAL<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Bryan James Gallagher, that the Sentencing Hearing currently scheduled on September 26, 2016 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant received a revised PSR on September 15, 2016.

2. Counsel for the defendant needs additional time to gather mitigation information for this client which is relevant to the sentencing and disposition of this case.

3. Additional time requested is not sought for the purpose of delay, but merely allow counsel for the defendant sufficient time within which to be able to complete her formal objections and mitigation for sentencing purposes.

4. The defendant is not incarcerated and does not object to the continuance.

5. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 16th day of September, 2016.

| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
|---|---|
| */s/ Monique Kirtley*<br>By_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | */s/ Phillip N. Smith, Jr.*<br>By_____<br>PHILLIP N. SMITH, JR.<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>BRYAN JAMES GALLAGHER,<br><br>          Defendant. | Case No. 15-cr-028-JAD-PAL<br><br>**<u>ORDER</u>** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, September 26, 2016 at 10:00 a.m., be vacated and continued to November 28, 2016 at the hour of 9:00 a.m.; or to a time and date convenient to the court.

DATED this 19th day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE